**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**MATTHEW URONIS,**                              :

        **Plaintiff**          :

                              **CIVIL ACTION NO. 3:19-1557**

        **v.**                 :

                              **(JUDGE MANNION)**

**CABOT OIL & GAS CORP. and**           :
**GASSEARCH DRILLING**
**SERVICES CORP.,**                             :

        **Defendants**        :

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendants' motion to dismiss, (Doc. 18), is **GRANTED**;

**(2)** Uronis's Amended Complaint, (Doc. 13), is **DISMISED**; and

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 31, 2021**
19-1557-01-Order