# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# SCRANTON DIVISION

MATTHEW URONIS, for himself and
on behalf of those similarly situated,

    Plaintiff,

vs.

CABOT OIL & GAS CORPORATION a
Texas Corporation, and GASSEARCH
DRILLING SERVICES
CORPORATION, a West Virginia
Corporation and subsidiary of Cabot Oil
& Gas Corporation,

    Defendants.
_____/

CASE NO.:  3:19-CV-01557
HON. MALACHY E. MANNION

**NOTICE OF APPEAL**

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, MATTHEW URONIS, hereby appeals to the United States Court of Appeals for the Third Circuit, with regard to the Order granting Defendants' Motion to Dismiss [D.E. 26], dated March 31, 2021, attached hereto as **EXHIBIT A**.

Dated: April 30, 2021.

Respectfully submitted,

*/s/ Angeli Murthy*
ANGELI MURTHY
PA Bar No.:93699
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel: (954) 327-5369
Fax: (954) 327-3016

                                          Email: amurthy@forthepeople.com
                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court, this 30th day of April 2021 by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                          */s/ Angeli Murthy*
                                          **ANGELI MURTHY**