# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW URONIS,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:19-1557 |
| v. : | |
| : | (JUDGE MANNION) |
| **CABOT OIL & GAS CORP.** and : | |
| **GASSEARCH DRILLING** | |
| **SERVICES CORP.,** : | |
| Defendants : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendants' motion to dismiss, (Doc. 18), is **GRANTED**;

**(2)** Uronis's Amended Complaint, (Doc. 13), is **DISMISED**;

and

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 31, 2021**
19-1557-01-Order