UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1874
_____

MATTHEW URONIS, for himself and on behalf of those similarly situated,
Appellant

v.

CABOT OIL & GAS CORPORATION, a Texas Corporation; GASSEARCH DRILLING SERVICES CORPORATION, a West Virginia Corporation and subsidiary of Cabot Oil & Gas Corporation
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
D.C. Civil No. 3-19-cv-01557
District Judge: Honorable Malachy E. Mannion
_____

Argued: March 30, 2022

Before: RESTREPO, ROTH, and FUENTES, *Circuit Judges*.

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on March 30, 2022. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered March 31, 2021, be, and the same is hereby **REVERSED** AND **REMANDED**. Costs taxed against Appellant. All the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: September 14, 2022