**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW URONIS,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:19-cv-1557** |
| **v.** | : | **(JUDGE MANNION)** |
| **CABOT OIL & GAS CORP. and GASSEARCH DRILLING SERVICES CORP.,** | : | |
| **Defendants** | : | |

## ORDER

Noting, *inter alia,* the opinion and judgment from the Court of Appeals docketed on October 6, 2022 in the above captioned case, (Doc. 31), the court will direct the parties to participate in the district's mediation program. The court will appoint Atty. Joseph Barrett, the court's mediation coordinator to act as the mediator in this matter. Counsel will be contacted by Atty. Barrett to schedule an in-person mediation session at his convenience.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 15, 2022**
19-1557-06-ORDER